PER CURIAM.
Affirmed. See § 112.18(1), Fla. Stat. (2002) (“Any condition ... of any ... law enforcement officer ... caused by ... heart disease ... resulting in ... disability ... shall be presumed to have been ... suffered in the line of duty unless the contrary be shown by competent evidence!,] ... [if the pre-employment physical] examination failed to reveal any evidence of any such condition.”); City of Mary Esther v. McArtor, 902 So.2d 942, 943-44 (Fla. 1st DCA 2005) (rejecting contention that Sledge v. City of Fort Lauderdale, 497 So.2d 1231 (Fla. 1st DCA 1986), requires permanent disability or termination for the presumption to arise); City of Miami v. Thomas, 657 So.2d 927, 928 (Fla. 1st DCA 1995) (“We ... reject the *458 City’s argument that ... section 112.18[ ] was intended to be limited to permanent disability, so that the presumption would not apply to a temporary disability, as experienced by this claimant.”).
BENTON, PADOVANO, and BROWNING, JJ., concur.